Fernando Gastelum
209 West 9th Street
Casa Grande, AZ 85122
520-560-0927
Nando0526@msn.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Fernando Gastelum,

        Plaintiff,

vs.

Tempe Town Lake Inn LLC,

        Defendant.

Case No: 2:18-cv-00697-DLR

**NOTICE OF PLAINTIFF'S CONTACT INFORMATION**

Please take notice that Plaintiff's pro se information is this:

Fernando Gastelum
209 West 9th Street
Casa Grande, AZ 85122
520-560-0927
Nando0526@msn.com
*Pro Se*

RESPECTFULLY SUBMITTED this 5th day of September 2018.

**Fernando Gastelum**

Electronically filed by Mr. Strojnik