Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Fernando Gastelum,

Plaintiff,

vs.

Tempe Town Lake Inn, LLC,

Defendant.

No. 2:18-cv-00697-DLR

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Fernando Gastelum and Defendant Tempe Town Lake Inn, LLC, by and through its counsel undersigned, hereby stipulate and agree to dismiss with prejudice all claims asserted by Plaintiff against Defendant in this action, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 27th day of September, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/ Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
*Defendant*

**FERNANDO GASTELUM**

By: s/ Fernando Gastelum w/ permission from
Fernando Gastelum
209 West 9th Street
Casa Grande, AZ 85122
*Pro Per*

**CERTIFICATE OF SERVICE**

☐ I hereby certify that on September 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒ I hereby certify that on September 27, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Fernando Gastelum
209 West 9th Street
Casa Grande, AZ 85122
Nando0526@msn.com
*Pro Se*

Peter Kristofer Strojnik
strojnik@skplaw.com
THE STROJNIK FIRM LLC
Esplanade Center III
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

s/ Tana Davis-Digeno