# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-00697-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Tempe Town Lake Inn LLC, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation to Dismiss with Prejudice. (Doc. 26.) For good cause shown,

**IT IS ORDERED** that this action and all claims the parties asserted against one another are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 28th day of September, 2018.

Douglas L. Rayes
United States District Judge